# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

———————————

No: 08-1904

———————————

UnitedHealth Group Incorporated,

Plaintiff - Appellee

v.

Wilmington Trust Company, not in its individual capacity,
but solely in its capacity as Indenture Trustee on behalf of
all Holders of 5.800% Notes Due March 15, 2036 of
UnitedHealth Group Incorporated,

Defendant - Appellant

———————————————————————————————————————

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:06-cv-04307-JMR)

———————————————————————————————————————

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

December 01, 2008

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

———————————————————
     /s/ Michael E. Gans