# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1904

UnitedHealth Group Incorporated,

Appellee

v.

Wilmington Trust Company, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of 5.800% Notes Due March 15, 2036 of UnitedHealth Group Incorporated,

Appellant

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:06-cv-04307-JMR)
_____

## MANDATE

In accordance with the opinion and judgment of 12/01/2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 23, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit